ANDREW ICE v. MARION LOCKRIDGE.

A petition for *certiorari*, which states that a horse of the plaintiff's was sold to defendant by a minor son of plaintiff's fifteen or sixteen years of age, and under parental control, and that it was proved before the Justice that he did not suffer his son to trade in his property; that the defendant knew he was a minor, and that plaintiff did not permit him to sell or dispose of his property, and that plaintiff never received the property given for said horse, discloses a good cause of action.

Error from Rusk. Tried below before Hon. C. A. Frazer. Plaintiff in error brought suit before a magistrate for a horse found in the possession of the defendant, and judgment being there rendered against him, he filed his petition for a *certiorari* to bring the case before the District Court. The material allegations in the petition are stated in the Opinion. Upon motion of the defendant the Judge dismissed the petition.

*Armstrong & Parsons*, for plaintiff in error. The petition discloses a good cause of action, within the meaning of the rule laid down by the Court in Criswell v. Richter, (13 Tex. R. 18.)

Ice  v.  Lockridge.

HEMPHILL, CH. J.   We are of opinion that there was error in dismissing the petition for *certiorari*.   A good cause of action was disclosed.   The horse of the plaintiff was sold to defendant by a minor son of plaintiff, fifteen or sixteen years of age, and still under parental control.   It was proven that the plaintiff did not suffer his son to trade in his property ; that the defendant knew he was a minor, and that plaintiff did not allow him to sell or dispose of his property.   It was proven that the plaintiff had never seen or received the yoke of oxen, the consideration for the sale of the horse, but that they were immediately driven off by a brother of the defendant's into another county.

The defendant alleges that the Justice gave judgment on the facts recited in his petition, and if so it was not founded on the law or the evidence.

The judgment dismissing the petition for *certiorari* is reversed and the cause remanded for a new trial.

Reversed and remanded.